UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN POTTER AND KHANG NGUYEN, individually and on behalf of themselves and all others similarly situated, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA FINE WINE & SPIRITS LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Lead Case No.: 25-cv-3286-AJB-MSB<br><br>Consolidated with:<br>Case No.: 26-cv-2440-AJB-MSB<br>Case No.: 26-cv-2443-AJB-MSB<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINE**<br><br>**(Doc. No. 31)** |

Before the Court is the parties' Joint Motion to Continue Scheduling Order Deadlines. (Doc. No. 31.) The parties seek to continue the current November 6, 2026 class certification deadline to March 8, 2027, so that the parties can "focus on informal discovery and settlement discussions and mediation, without having to simultaneously expend significant time and resources in preparing for class certification and trial." (*Id.* at 6) The parties are currently scheduled to participate in a mediation on November 13, 2026. (*Id.* at 5.)

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Id. (quoting Fed. R. Civ. P. 16 advisory committee's note to 1983 amendment). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." Zivkovic v. S. Cal. Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 609).

Here, the parties fail to justify the need for an additional four months after mediation to move for class certification. However, the Court appreciates the parties' efforts in resolving this matter informally, and thus the Joint Motion is **GRANTED IN PART**. The deadline to file the motion for class certification is extended by sixty (60) days to **January 5, 2026**. The Court cautions the parties that all other deadlines, including the dispositive motion deadline and pretrial dates, *will not* be extended absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Hon. Anthony J. Battaglia
United States District Judge